UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    **UNSEALING ORDER**
                                 :
FRANCISLEY DA SILVA, et al.,     :    S2 22 Cr. 622
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by and through Assistant United States Attorney Benjamin A. Gianforti, it is hereby ORDERED that Superseding Indictment S2 22 Cr. 622, which was filed under seal on December 6, 2022, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        January 5, 2023

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE