USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/26/2023__

# ZEMAN & WOMBLE

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

January 25, 2023

**VIA ECF & E-MAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Ramon Perez*, 22 Cr. 622 (AT)

Dear Judge Torres:

    I represent Ramon Perez in the above-entitled matter and submit this letter to respectfully request the a slight modification to the terms of his bond to include allowance for travel to the Southern District of Florida.

    Mr. Perez, who resides in Orlando, Florida, had, until his arrest, been travelling to Miami, Florida in the Southern District of Florida to visit family multiple times per month. Mr. Perez's bond conditions permit travel to the Southern and Eastern Districts of New York and the Middle District of Florida. We respectfully request a modification of Mr. Perez's bond to allow him to also travel to the Southern District of Florida as well. Both the government and Pretrial Services consents to this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Ramon Perez

GRANTED. Defendant's bond conditions are modified to permit travel to the Southern District of Florida.

SO ORDERED.

Dated: January 26, 2023
    New York, New York

_____
ANALISA TORRES
United States District Judge