# Zeman & Womble,

Ken Womble
20 Vesey Street, Rm 400
New York, NY 10007

www.ZemanWombleLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/15/2023__

February 14, 2023

**VIA ECF & E-MAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Ramon Perez, 22 Cr. 622 (AT)*

Dear Judge Torres:

I represent Ramon Perez in the above-entitled matter and submit this letter apologizing for my and my client's failure to appear at today's Court conference.  There is no excuse for this error and I assure the Court that it will not happen again.

Although I am aware of the Court's January 27, 2023, order setting today's conference, in placing that information into my calendar, I misplaced the conference to March 14, 2023, instead of today's date.

I respectfully request an adjournment of the conference on behalf of my client to a date convenient for the Court and I will ensure that both I and my client will appear.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Ramon Perez

---

GRANTED.  The Court shall hold an initial conference in this matter for Defendant Ramon Perez on **March 1, 2023**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 15, 2023
        New York, New York

ANALISA TORRES
United States District Judge