# ZEMAN & WOMBLE,

BENJAMIN ZEMAN
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/15/2024

August 15, 2024

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Ramon Perez, 22 Cr. 622 (AT)*

Dear Judge Torres,

    I represent Ramon Perez in the above-referenced matter and submit the letter to respectfully request a temporary modification to the terms of his bond to allow Mr. Perez to drive from his home in Orlando, Florida to Houston, Texas, leaving on Monday, August 19th and returning to Orlando on Friday, August 23rd.

    We have conferred with both the Government as well as Pretrial Services and they both CONSENT to this request.

    We thank Your Honor in advance for your consideration in this matter.

Respectfully submitted,

//s//

_____
Ken Womble
Counsel for Ramon Perez

All Parties Via ECF

GRANTED.

SO ORDERED.

Dated: August 15, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge