USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2024_

# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

VIA ECF & E-MAIL            November 7, 2024

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ramon Perez, 22 Cr. 622 (AT)*

Dear Judge Torres:

    I represent Ramon Perez in the above-entitled matter and submit this letter to respectfully request a temporary modification to the conditions of Mr. Perez's Pretrial release to allow Mr. Perez to travel from his home in Florida to Houston, Texas, from November 8, 2024 through November 12, 2024. I have conferred with the government and Mr. Perez's Pretrial Services officer and they have no objection to this request.

    Mr. Perez seeks permission to travel to Houston to attend a training that will hopefully lead to employment selling products on Amazon and eBay. He will be staying with a close friend who lives in Houston.

    Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Ramon Perez

GRANTED.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge