USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024

# ZEMAN & WOMBLE, L

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

**VIA ECF**  November 19, 2024

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Ramon Perez,* **22 Cr. 622 (AT)**

Dear Judge Torres:

    I represent Ramon Perez in the above-entitled matter and submit this letter to respectfully request a temporary modification to the conditions of Mr. Perez's Pretrial release to allow Mr. Perez to travel from his home in Florida to Houston, Texas for the Thanksgiving holiday. I request that Mr. Perez be permitted to travel to Houston, Texas from November 24, 2024 and return to his home in Florida on December 3, 2024. While in Houston, Mr. Perez will stay with a close friend who lives in Houston. I have conferred with the government and Pretrial Services and neither object to this request.

    Accordingly, I request that the conditions of Mr. Perez's bond be modified to permit him to travel to Houston, Texas from November 24, 2024 until December 3, 2024.

    Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Ramon Perez

GRANTED.

SO ORDERED.

Dated: November 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge