USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/6/2025

# ZEMAN & WOMBLE, L

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

**VIA ECF**                                                                January 6, 2025

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  *United States v. Ramon Perez,* 22 Cr. 622 (AT)**

Dear Judge Torres:

I represent Ramon Perez in the above-entitled matter and submit this letter to respectfully request a temporary modification to the conditions of Mr. Perez's Pretrial release. On January 3, 2025, this Court granted our request to permit Mr. Perez to travel to Charlotte, North Carolina through tomorrow, January 7, 2025, to visit his son. This letter requests that Mr. Perez be permitted to remain in Charlotte, North Carolina until January 17, 2025, to continue to visit with his son. Additionally, during the pendency of this case, Mr. Perez's wife has chosen to separate from my client. Over this last weekend, Mr. Perez and his wife have agreed to attempt to work on saving their marriage. Allowing Mr. Perez to remain in Charlotte until January 17 would permit him to begin to work towards that goal.

I have conferred with the government and Pretrial Services and neither object to this request.

Accordingly, I request that the conditions of Mr. Perez's bond be modified to permit him to remain in Charlotte, North Carolina until January 17, 2025.

Thank you for your consideration of this request.

GRANTED.  The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 150, 152, and 154.

SO ORDERED.

Dated: January 6, 2025                              _____
        New York, New York                              ANALISA TORRES
                                                        United States District Judge