USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2025__

# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

WWW.ZEMANWOMBLELAW.COM

March 31, 2025

**VIA ECF & E-MAIL**

Honorable Analisa Torres                    **Application for**
United States District Judge                **Interim Counsel Payments**
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ramon Perez*
            22 Cr. 622 (AT)

Dear Judge Torres:

    I represent Ramon Perez in the above-referenced matter and submit this letter-application for approval of interim attorney vouchers under the Criminal Justice Act.

    Since my appointment in January 2023, I have spent a substantial number of hours on the complexities of this case. The CJA Panel was recently alerted that the government will not disperse funds on submitted vouchers from June 2025 through October 2025. Accordingly, I have been advised by my CJA Panel representative to request approval for the submission of interim vouchers prior to June 2025. Such approval will reduce the possibility that counsel will endure financial hardship.

    In light of the foregoing, I respectfully request that this Court approve my request for interim payments in this case pursuant to Guide to Judiciary Policy, Vol. 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.73.

GRANTED.

SO ORDERED.

Dated: April 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge