UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

RAMON PEREZ,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2025

22 Cr. 622-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for September 15, 2025, is ADJOURNED to **September 18, 2025**, at **10:00 a.m.**

    SO ORDERED.

Dated: August 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge